UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17-79 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ROBERT CHARLES ANDERSON, | |
| Defendant. | |

_____

Clifford Wardlaw, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Reynaldo Aligada, Jr., Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

Defendant's Motion to Suppress Statements [Docket No. 20], is **DENIED**.

Dated: July 25, 2017             s/John R. Tunheim
at Minneapolis, Minnesota        JOHN R. TUNHEIM
                                 Chief Judge
                                 United States District Court